**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 03:08 PM February 18, 2014**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| THOMAS D ROLLER, | ) | CASE NO. 12-61145 |
| | ) | |
| Debtor. | ) | ADV. NO. 13-6050 |
| _____ | ) | |
| DANIEL M MCDERMOTT, | ) | JUDGE RUSS KENDIG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING TRUSTEE'S** |
| THOMAS D ROLLER, | ) | **COMPLAINT TO DENY DISCHARGE** |
| | ) | **OF THOMAS D ROLLER PURSUANT** |
| Defendant. | ) | **TO § 727(a)** |
| | ) | |

In accordance with the corresponding Memorandum of Opinion, Trustee's Complaint to Deny Discharge of Thomas Roller Pursuant to 11 U.S.C. § 727(a) is **GRANTED**.

It is so ordered.

# # #

**Service List**:

**Daniel M McDermott**
Office of the United States Trustee
Howard M. Metzenbaum Federal Courthouse
201 Superior Ave. E. Suite 441
Cleveland, OH 44114

**Derrick Rippy ust11**
Office of the US Trustee
H. M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Suite 441
Cleveland, OH 44114

**Thomas D Roller**
11 Vernon Rd
Shelby, OH 44875

**Charles T Robinson**
3 N Main St
Richland Bank Bldg
#400
Mansfield, OH 44902-1708